UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 23-3817

———————

Filed: April 09, 2025
3:23-cr-00209-JJH

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DERRICK MURPHY

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 03/18/2025 the mandate for this case hereby issues today.   Affirmed.

COSTS:  None